**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Kevin Artice Miles,                           )   No. CV-01-00645-TUC-RCC
                                              )
      Petitioner,           )   <u>DEATH PENALTY CASE</u>
                                              )
v.                                            )
                                              )
                                              )   **ORDER**
Charles L. Ryan,                              )
                                              )
      Respondent.          )
                                              )
_____       )

      Before the Court is Petitioner's renewed motion for authorization of federal habeas counsel to appear in state court litigation.  (Doc. 92.)  Based on the information provided therein, the Court finds good cause to permit Petitioner's federally-appointed counsel to represent him in a successive state post-conviction proceeding under Rule 32 of the Arizona Rules of Criminal Procedure.  *See* 18 U.S.C. § 3599(e); *Harbison v. Bell*, 556 U.S. 180, 190 n.7 (2009).

      Accordingly,

      **IT IS ORDERED** that Petitioner's Renewed Motion for Authorization of Federal Habeas Counsel to Appear in State Court Litigation (Doc. 92) is **GRANTED**.  In addition to clemency-related proceedings, federally-appointed counsel is authorized to represent Petitioner in state court for the purpose of seeking state post-conviction relief under Rule 32 of the Arizona Rules of Criminal Procedure.  By issuance of this order, the Court does not

1  purport to encourage, approve, or convey any position with respect to the merits of the

2  proposed litigation.

3         DATED this 5th day of November, 2013.

4

5

6

7  _____

          Raner C. Collins
8        Chief United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28